NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUNO DIPASQUALE,                )
                                 )
    Appellant,           )
                                 )
v.                               )          Case No. 2D17-5145
                                 )
LISETTE DIPASQUALE,              )
                                 )
    Appellee.            )
_____  )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

David R. Hazouri and Raymond J. Rafool of
Rafool, LLC, Miami, for Appellant.

Cynthia B. Hall and Brian M. Silverio of
Silverio & Hall, Naples, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and SALARIO, JJ., Concur.